

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00264-CR

Oscar **MIRELES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 367739
The Honorable Liza Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  November 20, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  The motion is granted, and this appeal is

dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH